UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMZINE VIOLET SWABY,

Plaintiff,

-against-

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

Defendant.

**ORDER**
25-CV-8177

EDGARDO RAMOS, United States District Judge:

Portfolio Recovery Associates, LLC removed this case from the Civil Court of the City of New York to this District on October 2, 2025.  Doc. 1.  On March 31, 2026, the parties submitted a stipulation of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii).  Doc. 9.  On April 1, 2026, the stipulation was rejected because "the wrong party/parties whom the voluntary dismissal is against was/were selected . . . ," and the attorneys were directed to refile the stipulation.  *See* Docket Entry dated April 1, 2026.

Accordingly, the parties are directed to refile the stipulation of voluntary dismissal, abiding by the instructions provided for on the docket.  *Id.*  The case management conference scheduled for April 8, 2026 is adjourned.

SO ORDERED.

Dated:    April 7, 2026
             New York, New York

EDGARDO RAMOS
United States District Judge